[No. 35681-3-II.   Division Two.   August 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CECIL EMILE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00201-0, Kathryn J. Nelson, J., entered December 8, 2006. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 35738-1-II.   Division Two.   August 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN FLOYD WHITTIER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-04496-1, Serjio Armijo, J., entered November 6, 2006. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Houghton, J.

[No. 35821-2-II.   Division Two.   August 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA FRANK LEE HARVILL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-01583-4, James E. Warme, J., entered January 9, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 35862-0-II.   Division Two.   August 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LESLIE HADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00768-6, James J. Stonier, J., entered January 25, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.